JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA SPENCER HILL, | ) | No. ED CV 12-02186-FMO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| HOLLAND, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 21, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE